Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 MAY 30  AM 8: 27

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# UNITED STATES DISTRICT COURT

for the

District of Colorado

_____ Division

David L. Pierre

Case No. 17 - CV - 01297

*(to be filled in by the Clerk's Office)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Jury Trial: *(check one)* ☐ Yes ☒ No

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Sheridan School District #2, Cyndi Wright, Brenda
Sandoval,Tressa Schmidt, Employment Unity LLC,
Tracey Wood

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | David L. Pierre |
| Street Address | 3647 South King Street |
| City and County | Denver |
| State and Zip Code | Colorado 80236 |
| Telephone Number | 303 478 5776 |
| E-mail Address | MyRaven2@aol.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**Defendant No. 1**

| | |
|---|---|
| Name | Cyndi Wright - Sheridan School District #2 |
| Job or Title *(if known)* | Transportation & Maintenance District Manager |
| Street Address | 4150 Hazel Ct. |
| City and County | Englewood |
| State and Zip Code | Colorado 80110 |
| Telephone Number | (720) 833-6761 |
| E-mail Address *(if known)* | CWirght@ssd2.org |

**Defendant No. 2**

| | |
|---|---|
| Name | Brenda Sandoval - Sheridan School District #2 |
| Job or Title *(if known)* | Transportation & Maintenance Supervisor |
| Street Address | 4150 Hazel Ct. |
| City and County | Englewood |
| State and Zip Code | Colorado 80110 |
| Telephone Number | (720) 833-6763 |
| E-mail Address *(if known)* | BSandoval@ssd2.org |

**Defendant No. 3**

| | |
|---|---|
| Name | Tressa Schmidt - Sheridan School District #2 |
| Job or Title *(if known)* | HR Specialist |
| Street Address | 4150 Hazel Ct. |
| City and County | Englewood |
| State and Zip Code | Colorado 80110 |
| Telephone Number | (720) 833-6602 |
| E-mail Address *(if known)* | tschmidt@ssd2.org |

**Defendant No. 4**

| | |
|---|---|
| Name | Tracey Wood - Employers Unity LLC |
| Job or Title *(if known)* | Claim Specialist |
| Street Address | PO Box 8988 |
| City and County | Denver |
| State and Zip Code | Colorado 80201 |
| Telephone Number | (720) 484-4800 |
| E-mail Address *(if known)* | TWood@employersunity.com |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**C.     Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Sheridan School District #2 |
| Street Address | 4150 Hazel Ct. |
| City and County | Englewood |
| State and Zip Code | Colorado 80110 |
| Telephone Number | (720) 833-6602 |

## II.     Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑     Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

> *(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑     Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

> *(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐     Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

> *(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐     Other federal law *(specify the federal law)*:

☑     Relevant state law *(specify, if known)*:

☐     Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☑ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☑ Other acts *(specify)*:    Raeson For Separation: Discharge reported are Unwarranted

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)
See Attached

C.    I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race          See Attached
- ☑ color         See Attached
- ☑ gender/sex    See Attached
- ☐ religion
- ☐ national origin
- ☑ age *(year of birth)*    1960    *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E.    The facts of my case are as follows.  Attach additional pages if needed.

STATEMENT OF CLAIM -1

**Termination Of My Employment**

On April 19, 2016 at 5:00 pm after my shift, Cyndi Wright and Brenda Sandoval called me into a room  and asked me a totally unrelated question about a conversation I had with a Paraprofessional earlier that day. She then read to me a letter written by her Subject: Un-Safe Behavior. Cyndi Wright asked me to surrender my ID Badge and Keys, and then asked me under duress to sign the letter terminating my employment without any prior warning or notice.

Terssa Schmidt – HR Specialist Offered no support in the firing process when I contacted her the next day April 20,2116 of my termination. She said "No, It's up to the hiring manager – Cyndi Wright.

On April 24, 2016 I applied for Unemployment.

**Termination Of My Employment (Facts)**

***I had never been told about any unsatisfactory work behavior or practices any time before this in any job I performed.  I was never previously warned about performance, attendance, rule or policy problems prior to this discharge. This includes working as Substitute Custodian, IT Support Substitute or Bus Driver Substitute.***

I was terminated before my annual hire date of May 5, 2015.

I suggested changes route changes to Cyndi Wright and Brenda Sandoval concerning safety concerns for students, parents and guardians.  These suggestions were rejected.

This suggestion was later implemented after my termination.

STATEMENT OF CLAIM -2

**Failure To Promote Me**
From July 6th – September 4th 2015, I was given an opportunity to work as an IT Support
Technician by the new incoming IT Director – Tim Luth. A permanent IT Technician
position became available and I was encouraged to apply. I was told by Tim Luth shortly
after my interview for the position, "I was 1 of 2 candidates for the job but was not selected."
Tim Luth and Paul Martinez both interviewed me for the IT Position.

On 9/4/2015, I was told by Tim Luth, Cyndi Wright needs me back to work Custodial.
9/4/2015 was my last IT assignment. **Gender/Sex Discrimination/Racial Stereotyped**

On 9/5/2015, I resumed working as a substitute Custodian, no longer seeing any possibility
of an IT position. I would call Brenda Sandoval daily for any Custodial work she needed
done.

On 10/2/2015 I was encouraged to join the Transportation Department as a Bus Driver by
Brenda Sandoval. She asked me "Hey David have you ever considered getting your CDL
(Commercial Drivers License)? "We have a full time Bus Driver Position that just came
available." I told her I was interested. On 10/5/2015 I started in the transportation department
and was able to drive a 15 passenger bus and smaller vehicles without a Commercial Drivers
License (CDL)

I practiced my CDL Driver Skills Test on large buses with an instructor – Sandy Church
from 10/24/2015 to 1/4/2016. The training I received was focused on passing my (CDL)
Commercial Drivers License Test. All of the bus drivers except for me had previous jobs in
other School Districts and or Public Transportation (RTD) past experience.

STATEMENT OF CLAIM -3

**Unequal Terms and Conditions Of My Employment**

**See Below…**

**Unequal Terms and Conditions Of My Employment (Facts)**

I was treated unfairly when I was being paid Custodial Wages for performing Information Technology IT Support Work. Cyndi Wright & Brenda Sandoval were aware if this pay discrepancy as another employee that performed these duties in the past was paid the IT Rate.

I was also treated unfairly when I worked as a Bus Driver receiving Custodial Wages.

I was having a conversation with another bus driver on 1/11/2016 about Bus Driver Pay. . This conversation was overheard by Brenda Sandoval.

Later that day on 1/11/2016, I asked Brenda Sandoval in the presence of Cyndi Wright about Bus Drivers pay rate?  Is it the same a Custodial wages ($12.80) per hour? Both had a shocked look on there faces.  Cyndi Wright said to Brenda Sandoval, "I thought we had that changed to bus driver pay?"  Brenda Sandoval replied with an excuse of "We were going to change that when you got you CDL." I had already gotten my CDL on 1/5/2016. This was an embarrassing moment for both Cyndi Wright and Brenda Sandoval. Cyndi Wright said "We will contact payroll to get that fixed."

The next day 1/12/2016, I was called into Cyndi Wright – Transportation & Maintenance Director's office accompanied by Brenda Sandoval –Supervisor and Heather Wolford – Secretary (I thought unusual) . Cyndi Wright said "David don't discuss pay issues with others except with me, Brenda or (Heather (again I thought unusual) if you have questions." Cyndi Wright said "We are offering you the full time bus driver position , and ask that you apply on line for the position" I applied on line that same evening as per their verbal offer.
**Personal Racially Motivated Discrimination**

STATEMENT OF CLAIM -4
**Retaliation**

Linda Clayton was the Payroll Manager that issues the payment. I later felt retaliation from Linda Clayton when I asked her to sign off on my termination date to close my PERA Retirement account (money I needed desperately after I was terminated and didn't receive Unemployment Benefits
On Thursday 8/4/2016, I e-mailed Linda Clayton that I contacted PERA and I was told she can send this information electronically (Termination date & Payroll Managers signature.

She said in her email she was too busy processing the 40 new employees' and I will have to wait.

**Retaliation (Facts)**

Employment Unity LLC, stated in a letter dated May 10, 2016 submitted to Colorado Department Of Labor and Employment: Potential Liability 3,335.80.

The Actual Pay Adjustment I received resulted in 812.22 hours adjusted pay totaling $3,534.53

Cyndi Wright and Brenda Sandoval remedy that was proposed to Tressa Schmidt was:

I was told on 1/19/2016 by Cyndi Wright "that my new pay rate will be changed to the starting bus driver pay from the time I received my CDL on 1/5/2016 and should see a pay adjustment of $14.50 for hour starting as of 1/5/2016.

Custodial Pay $12.80 – Bus Driver Pay $14.50 = $1.70 * 55 = $91.80

The first opportunity on 7/28/2015, Cyndi Wright and Brenda Sandoval were aware of the potential pay discrepancy for IT Support work.

The second opportunity on 10/5/2015, Cyndi Wright and Brenda Sandoval were aware of the potential pay discrepancy for Bus Driver Position.

***I strongly believe Cyndi Wright and Brenda Sandoval conspired to retaliate against me when I discovered a rate of pay issue that resulted in a retro active payment and falsified the information sent to the Department Of Labor & Employment in order to recoup the Potential Liability of my Unemployment Benefits Claim.***

STATEMENT OF CLAIM -5

**Unemployment Benefits Denied**

I was denied Unemployment Benefits and Appealed the decision. This is when I came into
possession of documents: Employers Unity LLC letter dated May 10,2016 & Request For
Facts About A Former Employee's Employment. The content of these forms are why" I
believe the defendants is/are still committing these acts against me."   During the Appeals
Hearing I tried several times to address the contents but was shut down by the Hearing
Officer. Another Letter (E-mail) dated April 18 ,2016 sent by the paraprofessional does not
mention the damaging claim 'rolling through stop signs' that the Hearing Officer stands by in
his decision. Therefore I wanted to question who this "witness" was in the  The letter he
credited valid was the Termination Letter written by Cyndi Wright dated April 19,2016.

My observation of the Paraprofessional, is that it's surprising that she can make all these
observations while constantly texting on her phone?  She moves inside the bus before the bus
is in a safe place to stop to operate the chair lift for wheel chair students. This particular stop
.is an unsafe practice in itself and it's extremely frustration to manage many situations inside
and outside the bus. She used the time during the route as her personal time constantly
texting and talking on her phone. She did not exercise any student management control,
particularly on the day of April 15, 2016. Before arriving at a stop she would move inside the
bus in an unsafe manner while the bus was in motion.
**Personal Racially Motivated Discrimination**

**Unemployment Benefits Denied (Facts)**

Cyndi Wright, Brenda Sandoval & Tracey Wood {Employment Unity LLC} discredited me
on statements of my driving record unsubstantiated by a witness{s} that is not known.

Employers Unity LLC – Tracey Wood falsely reported to the Colorado Department Of Labor
& Employment, Documents concerning my work history and has proved damaging to this
current date.

If I had not appealed I would never have known that these discriminatory practices had taken
place.

**See Attached**

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

**See Attached**

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*    03/03/2016    .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**Relief**

| | |
|---|---|
| **Unemployment Benefits Loss** | $ 4,000 |
| **Damage To My Work History (Continuing At The Present)** | $ 6,000 |
| **PERA account Lost To My Account** | $ 8,000 |
| **Wages & Health Care Lost** | $12,000 |
| **My Reputation In The Community (Continuing At The Present)** | $15,000 |
| **Damage For Pain & Suffering** | $45,000 |

*I gained the respect of school administrators, staff members, teachers, students and co-workers. When I was presented with the opportunity of a full time employee as a bus driver (once I was CDL Certified) I was motivated to do so. I admired and respected my new co-workers for teaching and instructing me on CDL training and allowing me to tap into there veteran knowledge base of CDL driving. I received my CDL license on 1/5/2016 and was congratulated and recognized by not only my fellow bus drivers, but school administrators, staff members, teachers, students and co-workers as well. I live in the Sheridan School District and wanted to make my contribution! This one day event of 4/15/2016 has damaged my reputation within the community based on Discrimination and Retaliation).*

*Now unfortunately, I don't have job opportunities for any of these positions due to the way Sheridan School District's Management is structured. Cyndi Wright, being the Maintenance & Transportation Manager. I was never previously warned about performance, attendance, rule or policy problems prior to this discharge. This includes working as Substitute Custodian, IT Support Substitute or Bus Driver Substitute.*

*I worked as a substitute Custodian at all schools, Sheridan High School, Fort Logan North Gate, Alice Terry, Early Childhood Education Center and the Administrative Offices. I was able to build relationships with Teachers, Co-Workers and Administrative Staff Members.*

*This is relevant because I also live in Sheridan among these people and there families mentioned above. My reputation in the community was damaged due to racial discrimination, pay discrimination, retaliation (for reporting pay rate dispute), gender discrimination and wrongful termination. This action has slurred my name within the community and with co-workers that I built friendships with. Co-workers had a gag order placed on them by Cyndi Wright- Maintenance & Transportation Manager and Brenda Sandoval – Immediate Supervisor. Another instance of retaliation against me was applying for Un-Employment Benefits considered as a potential monetary liability of 3,335.80.*

Enclosure with EEOC
Form 161 (11/16)

### INFORMATION RELATED TO FILING SUIT
### UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),
the Genetic Information Nondiscrimination Act (GINA), or the Age
Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within
90 days** of the date you *receive* this Notice.  Therefore, you should **keep a record of this date**.  Once this 90-
day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to
consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope, and tell
him or her the date you received it.  Furthermore, in order to avoid any question that you did not act in a timely
manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as
indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate
State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide
after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short
statement of the facts of your case which shows that you are entitled to relief.  Courts often require that a copy of
your charge must be attached to the complaint you file in court.  If so, you should remove your birth date from the
charge.  Some courts will not accept your complaint where the charge includes a date of birth.  Your suit may include
any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters
alleged in the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in
some cases can be brought where relevant employment records are kept, where the employment would have
been, or where the respondent has its main office.  If you have simple questions, you usually can get answers from
the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint
or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back
pay due for violations that occurred **more than <u>2 years (3 years)</u> before you file suit** may not be collectible.  For
example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit
<u>before 7/1/10</u> -- *not* 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA
suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.
Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA
claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction
in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be
made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your
efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above,
because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any
questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to
inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide
your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files
are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge
file, **please make your review request <u>within 6 months</u> of this Notice**.  (Before filing suit, any request should be
made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

| To: | David L. Pierre<br>3869 S. King St.<br>Denver, CO 80236 | From: | Denver Field Office<br>303 East 17th Avenue<br>Suite 410<br>Denver, CO 80203 |
|---|---|---|---|

|  | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* |  |  |
|---|---|---|---|
| EEOC Charge No. | EEOC Representative | | Telephone No. |
| **846-2017-01801** | **Christopher D. Padilla,**<br>**Supervisory Investigator** | | **(303) 866-1336** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]  The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

for    **MAR 0 1 2017**

Enclosures(s)

**Elizabeth Cadle,**
**District Director**

*(Date Mailed)*

cc:    **Tressa Schmidt**
**HR Specialist**
**SHERIDAN SCHOOL DISTRICT NO. 2**
**4150 Hazel Ct.**
**Englewood, CO 80110**

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     05/29/2017

Signature of Plaintiff

Printed Name of Plaintiff     David L. Pierre

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address