IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01297-LTB

DAVID L. PIERRE,

    Plaintiff,

v.

SHERIDAN SCHOOL DISTRICT #2,
CYNDI WRIGHT,
BRENDA SANDOVAL,
TRESSA SCHMIDT,
EMPLYMENT UNITY LLC, and
TRACEY WOOD,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 10, 2017, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 10 day of July, 2017.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By: s/ A. Garcia Garcia
        Deputy Clerk